13.

# UNITED STATES DISTRICT COURT

### 350 U.S. Courthouse
### El Paso, Texas  79901



William G. Putnicki
 Clerk of Court

### June 21, 2006

**Mr. David J Weaver, Clerk/Court Administrator**
**United States District Court**
**814 Theodore Levin**
 **United States Courthouse**
**231 West Lafayette Boulevard**
**Detroit, MI 48226**

Case: 2:06-cr-20384
Assigned To : Hood, Denise Page
Assign. Date : 07/26/2006 at 3:50pm
Description: PROB TRANS CLARISSA ESTRADA (DA)

        I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court for the Western

District of Texas, do hereby certify and transfer jurisdiction to the U.S. District Court, Eastern

District of Michigan, pursuant to an Order entered transferring, by the Honorable Judge

Kathleen Cardone. Enclosed please find copies of the indictment, judgment and sentence,

docket sheet and certified order transferring jurisdiction in the cause entitled: U.S.A. V.

Clarissa Estrada, EP-05-CR-1911-KC.

        IN TESTIMONY WHEREOF, I have hereunto Subscribed my

name and affixed the seal of the aforesaid Court at El Paso, Texas,

this 21st day of June, 2006.

WILLIAM G. PUTNICKI, CLERK

BY: _____
/ Dina Labrado, Deputy

*Please acknowledge receipt on the enclosed
copy of this letter and return in the SASE.*

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | EP-05-CR-1911KC(1) |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| | Western Texas | El Paso |

NAME OF SENTENCING JUDGE

Kathleen Cardone

Clarissa Estrada

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | July 20, 2005 | July 19, 2008 |

FILED
2006 JUN 21 AM 10:20
CLERK
WESTERN DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

OFFENSE

8 U.S.C. 1324(a)(1)(A)(ii) and (V)(II) Transporting Illegal Aliens

Case: 2:06-cr-20384
Assigned To : Hood, Denise Page
Assign. Date : 07/26/2006 at 3:50pm
Description: PROB TRANS CLARISSA ESTRADA (DA)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ TEXAS _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Michigan** _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____1 May 2006_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ MICHIGAN _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk, U.S. District Court

By_____
*Deputy*

_____5/26/06_____
*Effective Date*

_____
*United States District Judge*

PROB 12B(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Clarrisa Estrada                    **Case Number:** EP-05-CR-1911KC(1)*

**Name of Sentencing Judicial Officer:**   W. Royal Furgeson, United States District Judge

**Date of Original Sentence:**   March 26, 2001

**Original Offense:** Transportation illegal aliens, a violation of 8 U.S.C. § 1324(a)(1)(A)(ii) & (V)(II).

**Original Sentence:** Five years probation, on April 19, 2005, Probation revoked and sentenced to Nine(9) months custody followed by a thirty-six (36) month supervised release.

**Type of Supervision:** Probation

**Date Supervision Commenced:** July 20, 2005

*Jurisdiction of the case transferred to the El Paso Division on August 4, 2005.  Case assigned to U.S. District Judge Kathleen Cardone on December 6, 2005.

### PETITIONING THE COURT

[  ]     To extend the term of supervision for_____years, for a total term of_____years.
[ X ]    To modify the conditions of supervision as follows:

1.     **The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer is hereby rescinded.**



Prob 12B
(7/93)

## CAUSE

While serving her sentence, Estrada was diagnosed with suffering from Dermatoymyositis and Polymyositis, illnesses that are characterized by weakening of the muscles, making it difficult to walk or move. Estrada is presently ingesting several types of medication for the treatment of her illness, making it difficult to  determine any drug usage.  As such, it is requested that the mandatory drug testing be rescinded, allowing time for Estrada's physical condition to stabalize.

Approved by,

SYLVIA C. PINEDA
Supervising U.S. Probation Officer

Respectfully submitted,

JOSEFINA M. LAZALDE
U.S. Probation Officer

Date:   December 8, 2005

## THE COURT ORDERS:

[   ]   No action.

[   ]   The extension of supervision as noted above.

[ ✓ ]   The modification of conditions as noted above.

[   ]   Other

Kathleen Cardone
U.S. District Judge

12/8/05
Date

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

AUG 0 9 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA     §
                                    §

vs.                                 §      **Docket No.: P-00-CR-355(01)** **FILED**
                                    §

CLARISSA ESTRADA

SEP 0 6 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**TRANSFER OF JURISDICTION**

On this day came on to be considered the above-styled and numbered cause. Defendant

Clarissa Estrada was released from federal custody on July 20, 2005, and began her three year term

of supervised release. She resides in El Paso, Texas. The probation office in El Paso has requested

transfer of jurisdiction. The Court finds that jurisdiction of such proceedings should be transferred

from the Pecos Division to the El Paso Division.    **EP05CR1911**

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby,

TRANSFERRED to the El Paso Division of the Western District of Texas.

It is further ORDERED that the District Clerk's Office in Pecos, Texas, transfer the file to

the U.S. Clerks Office in El Paso, Texas.

SIGNED AND ENTERED this ___4___ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE

39

A true copy, I certify.
Clerk, U.S. District Court
By_____ Deputy

/.

AO 245 S (Rev. 10/93)(W.D.Tx. Rev.2.0) Sheet 1 - Judgment in a Criminal Case

**FILED**

# UNITED STATES DISTRICT COURT
## Western District of Texas
### PECOS DIVISION

MAR 2 7 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                                Case Number    P-00-CR-355-F (01)

CLARISSA ESTRADA

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, CLARISSA ESTRADA, was represented by Charlotte Harris.

On the motion of the United States the Court has dismissed count two of the Indictment.

The defendant pled guilty to Count(s) one of the Indictment on November 21, 2000.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. 1324 (a)(1) (A)(ii) & (v)(II) | Transportation illegal aliens | July 9, 2000 | 1 |

As pronounced on March 26, 2001, the defendant is sentenced as provided in pages 2 through 4 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately.  Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___**27th**___ day of March, 2001.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

Defendant's SSN: 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
Defendant's Date of Birth: 04/01/80
Defendant's address: 1700 Charlie Smith; El Paso, Texas 79936



AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 4 - Probation

Judgment--Page 2 of 4

Defendant:  CLARISSA ESTRADA
Case Number:  P-00-CR-355-F (01)

## PROBATION

The defendant is hereby placed on probation for a term of five (5) years.

While on probation, the defendant shall comply with the standard conditions that have been adopted by this Court as set forth in page 3 of this judgment; and shall comply with the following additional conditions:

1)      The defendant shall surrender to the Clover House in El Paso on August 31, 2001. The defendant shall remain at the Clover House for a period of six (6) months. The defendant shall follow all directives of the programs.

2)      The defendant shall not be permitted to reside any place where firearms are possessed or stored.

3)      The defendant shall refrain from the use of a controlled substance during term of probation to include urinalysis testing as directed by the United States Probation Office.

4)      The defendant shall abstain from the use of alcohol and/or other intoxicants during term of probation to include urinalysis testing as directed by the United States Probation Office. supervision.

Page 2 of 4

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 4a - Probation

Judgment--Page 3 of 4

Defendant: CLARISSA ESTRADA
Case Number: P-00-CR-355-F (01)

## STANDARD CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with a schedule to be approved by the Court. In any case, the defendant shall cooperate with the Probation Officer in meeting any financial obligations.

4) In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

5) If convicted of a felony, the defendant shall not posses a firearm as defined in 18 U.S.C. §921.

6) For offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer.

   The above drug testing condition may be suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

7) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.

8) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

9) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

10) The defendant shall support his or her dependents and meet other family responsibilities.

11) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

12) The defendant shall notify the Probation Officer ten days prior to any change in residence or employment.

13) The defendant shall refrain from drug and alcohol.

14) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

15) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

16) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

17) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

18) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

19) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 10/93)(W.D.Tx. Rev. 2.0) Sheet 7 - Statement of Reasons

Judgment--Page 4 of 4

Defendant: CLARISSA ESTRADA
Case Number:  P-00-CR-355-F (01)

## STATEMENT OF REASONS

The Court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court before the Government's motion to depart:**

| | |
|---|---|
| Total Offense Level: | 13 |
| Criminal History Category: | I |
| Imprisonment Range: | 12 months to 18 months |
| Supervised Release Range: | 2 to 3 years |
| Fine Range: | $ 3,000 to $ 30,000 |
| Restitution: | $ |

**Guideline Range Determined by the Court after the Government's motion to depart:**

| | |
|---|---|
| Total Offense Level: | 10 |
| Criminal History Category: | I |
| Imprisonment Range: | 6 months to 12 months |
| Probation Range: | 1 to 5 years |
| Supervised Release Range: | 2 to 3 years |
| Fine Range: | $ 2,000 to $ 20,000 |
| Restitution: | $ |

The fine is waived because of the defendant's inability to pay.

The sentence departs from the guideline range upon motion of the Government as a result of defendant's substantial assistance. A three-level downward departure is granted.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

**FILED**

APR 1 9 2005

CLERK, U.S. DISTRICT COURT,
WESTERN DISTRICT OF TEXAS
BY

UNITED STATES OF AMERICA     §
    §
vs.     §    Criminal No. P-00-CR-355 (01) RAJ
    §
CLARISSA ESTRADA     §

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 19th day of April, 2005, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on March 26, 2001, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Charlotte Harris. The United States was represented by Assistant United States Attorney, James J. Miller, Jr.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon supervised release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

IT IS THEREFORE ORDERED that the term of supervised release of Defendant named above granted by Judgment entered on March 26, 2001, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

**The Defendant, CLARISSA ESTRADA, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Nine (9) months. The Court recommends that the defendant be placed in the facility located at Carswell, and to participate in a mental health treatment program while incarcerated.**

**A term of Thirty-six (36) months supervised release is reimposed. Upon release from incarceration, the defendant shall comply with the following additional special conditions:**

**1) The defendant shall abstain from the use of any controlled substance and/or alcohol.**

**2) The defendant shall not be permitted to reside any place where firearms are possessed or stored.**

The Clerk will provide the United States Marshal Service with three (3) certified copies of this Order and three (3) certified copies of the Judgment entered on March 26, 2001, to serve as the commitment of the Defendant.

SIGNED this _____ day of April, 2005.

Robert Junell
United States District Judge

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-01911-KC-ALL
### Internal Use Only

Case title: USA v. Estrada                                          Date Filed: 09/13/2005

Assigned to: Honorable Kathleen
Cardone

**Defendant**

**Clarissa Estrada** (1)
*TERMINATED: 09/13/2005*

**Pending Counts**                          **Disposition**

8:1324.F BRINGING IN AND                    5 YEARS TERM PROBATION AND $100.00 SPECIAL
HARBORING ALIENS                            ASSESSMENT.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None                                        A true copy of the original, I certify,
                                            Clerk, U.S. District Court

**Complaints**                              **Disposition**                 By _____
None                                                                                        Deputy

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/13/2005 | 1 | Consent to Transfer Probation Jurisdiction from PECOS DIVISION as to Clarissa Estrada (1) count(s) 1 (em) (Entered: 09/13/2005) |

| 12/06/2005 | | Case assigned to Judge Kathleen Cardone (cr) (Entered: 12/06/2005) |
|---|---|---|
| 12/09/2005 | 2 | Probation Form 12 as to , Clarissa Estrada (1) count(s) 1 (aq) (Entered: 12/09/2005) |
| 06/21/2006 | ◕3 | Probation/Supervised Release Jurisdiction Transferred to Eastern District of Michigan as to Clarissa Estrada Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dll, ) (Entered: 06/22/2006) |